UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RICHARD DOWNING,

    Plaintiff,

v.

PHELPS MEMORIAL HOSPITAL,
NORTHWELL HEALTH INC., BARUCH
BERZON, M.D., SANDRA CARNICIU, M.D.,
and THOMAS LEE, M.D.,

    Defendants.
--------------------------------------------------------------x

**ORDER**

16 CV 1114 (VB)

  As discussed at a telephone conference held on October 21, 2020, attended by counsel for all parties, it is HEREBY ORDERED:

  1. The next conference in this case shall take place on **December 3, 2020, at 3:30 p.m.** The parties shall use the following information to connect by telephone:

  **Dial-In Number**: **(888) 363-4749 (toll free) or (215) 446-3662;**

  **Access Code**: **1703567**.

Dated: October 21, 2020
   White Plains, NY

          SO ORDERED:

          _____
          Vincent L. Briccetti
          United States District Judge

1