UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RICHARD DOWNING,
          Plaintiff,

v.

PHELPS MEMORIAL HOSPITAL,
NORTHWELL HEALTH INC., BARUCH
BERZON, M.D., SANDRA CARNICIU, M.D.,
and THOMAS LEE, M.D.,
          Defendants.
--------------------------------------------------------------x

**ORDER**

16 CV 1114 (VB)

As discussed at a telephone conference held on December 3, 2020, attended by counsel for all parties, it is HEREBY ORDERED:

1. The next conference in this case shall take place on **February 25, 2021, at 3:30 p.m.** The parties shall use the following information to connect by telephone:

    **Dial-In Number**: **(888) 363-4749 (toll free) or (215) 446-3662;**

    **Access Code: 1703567.**

Dated: December 3, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge