UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RICHARD DOWNING,                              :
               Plaintiff,              :
v.                                            :
                                        :      **ORDER**
PHELPS MEMORIAL HOSPITAL,                     :
NORTHWELL HEALTH INC., BARUCH                 :      16 CV 1114 (VB)
BERZON, M.D., SANDRA CARNICIU, M.D.,          :
and THOMAS LEE, M.D.,                         :
               Defendants.             :
--------------------------------------------------------------x

      As discussed at a telephone conference held on February 25, 2021, attended by counsel for all parties, it is HEREBY ORDERED:

      1.     The next conference in this case shall take place on **April 2, 2021, at 3:30 p.m.**

The parties shall use the following information to connect by telephone:

      **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662;**

      **Access Code: 1703567.**

Dated: February 25, 2021
       White Plains, NY

                                                  SO ORDERED:

                                                  _____
                                                  Vincent L. Briccetti
                                                  United States District Judge