UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RICHARD DOWNING,
               Plaintiff,

v.

THOMAS LEE, M.D.,
               Defendant.
--------------------------------------------------------------x

**ORDER**

16 CV 1114 (VB)

       On April 12, 2021, the Court issued an Order <u>tentatively</u> scheduling this case for a jury trial on October 25, 2021, which the parties advised the Court was expected to take 12 trial days, with a final pre-trial conference scheduled for October 13, 2021. At a telephone conference held the same day, the Court informed the parties that the Court could only provide a tentative trial date due to the Court's COVID-19 protocols, the limited number of courtrooms available for jury trials, and because the Court as a whole is currently operating on a master calendar for jury trials.

       Unfortunately, due to scheduling conflicts, the Court is unable to accommodate the tentatively scheduled trial date of October 25, 2021.

       Accordingly, it is hereby ORDERED that:

1. The tentative trial date of October 25, 2021, is <u>cancelled</u>.

2. The final pre-trial conference currently scheduled for October 13, 2021, is <u>adjourned</u> without date.

3. By <u>September 14, 2021</u>, counsel shall file a <u>joint</u> letter proposing <u>three</u> dates on or after January 19, 2022, at which all parties will be available to proceed with a 12-day jury trial.

4. All other deadlines set in the Court's April 12, 2021, Order, as modified by subsequent text orders, shall remain in effect.

Dated: August 31, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge