UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
   RICHARD DOWNING,
                 Plaintiff,
v.                                      **ORDER**

   THOMAS LEE, M.D.,                    16 CV 1114 (VB)
                 Defendant.
--------------------------------------------------------------x

       By Order dated September 9, 2021, the Court granted the parties' motion for an extension of time to file (i) oppositions to motions in limine; (ii) joint proposed jury instructions; (iii) proposed verdict sheet; and (iv) proposed voir dire questions, from September 10, 2021, to September 24, 2021. (Doc. #355).

       The parties' submissions are insufficient.

       First, rather than file joint proposed jury instructions, the parties filed separate jury instructions in a single document. The parties are directed to file joint proposed instructions in accordance with this Court's Individual Rule 4.B.i by **October 6, 2021**.

       Second, rather than file a joint verdict form, the parties filed separate verdict forms in a single document. The parties are directed to file a joint verdict form by **October 6, 2021**.

       Third, plaintiff has failed to file proposed voir dire questions. By **October 6, 2021**, plaintiff shall file proposed voir dire questions or the Court will only consider defendant's submission. (See Doc. #358).

       Further, the parties are reminded to email the Court's law clerk copies of the voir dire questions, proposed jury instructions, and a joint verdict form as provided in the Court' Individual Rule 4.B.i.

Dated: September 29, 2021
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge