UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RICHARD DOWNING,
          Plaintiff,

v.

THOMAS LEE, M.D.,
          Defendant.
--------------------------------------------------------------x

**ORDER**

16 CV 1114 (VB)

As discussed at a conference on the record held today, at which counsel for all parties attended, and counsel for nonparty Dr. Carniciu attended by telephone, it is HEREBY ORDERED:

1. Dr. Carniciu's motion to quash (Doc. #373) is resolved as stated on the record.

Dated: May 16, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge