UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD DOWNING,

                Plaintiff,

         -against-

THOMAS LEE, M.D.,

                Defendant.
-----------------------------------------------------------------X

16 **CIVIL** 1114 (VB)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Vincent L. Briccetti, United States District Judge, the jury having returned a verdict in favor of Defendant Thomas Lee, M.D., the Third Amended Complaint is hereby dismissed.

      All claims against all defendants having been resolved, the Clerk is instructed to close this case.

**DATED:** White Plains, NY
             June 1, 2022

**RUBY J. KRAJICK**
_____
**Clerk of Court**

So Ordered:
_____
**U.S.D.J.**

BY: K. Mango
_____
**Deputy Clerk**